Isaac A. Carrier and Others, Respondents, v. Mark Packard, Appellant.— Order modified in accordance with memorandum filed with the clerk. All concurred, except McLennan, P. J., who dissented; Robson, J., not sitting.

In the Matter of the Claim of Oliver W. Nourse v. Lexington Dime Savings and Loan Association and Frank E. Velzy, Receiver.— Order, upon the court's own motion, entered and directed to be served upon the attorneys for the respective parties. All concurred.

German American Bank of Rochester, Respondent, v. George. V. Fleckenstein, as Administrator, etc., of Valentine Fleckenstein, Deceased, and John D. Sullivan, as Trustees under the Will of Eliza D. Sullivan, Deceased, Appellants.— Judgment affirmed, with costs. All concurred; Robson, J., not sitting.

Elihu Ackerman, as Administrator, etc., of Hildreth Ackerman, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide event; Held, that the questions of *sui juris* and contributory negligence were for the jury and not for the court. All concurred, except McLennan, P. J., who dissented and voted for affirmance; Robson, J., not sitting.

J. Henry Metcalf, Respondent, v. Diamond Rubber Company, Appellant.— Judgment affirmed, with costs. All concurred; Robson, J., not sitting.

Niagara Wood Working Company, Respondent, v. Jumel Realty and Construction Company and Philip Meirowitz, Appellants.— Judgment and order affirmed, with costs. All concurred; Robson, J., not sitting.

Charles R. Coon, as Administrator, etc., of Satira Coon, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and orders affirmed, with costs. All concurred, except Kruse, J. who dissented; Robson, J., not sitting.

Leona Greenacre, Respondent, v. Isaac Davis, Appellant.— Judgment and order affirmed, with costs. All concurred.

Margaret Argersinger, Appellant, v. Syracuse Rapid Transit Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Julius Manning, Appellant, v. A. Jacob Rothstein, Respondent.— Judgment affirmed, with costs. All concurred.

Wenzel Wagner, Respondent, v. Dotterweich Brewing Company, Appellant.— Judgment and order affirmed, with costs to the respondent. All concurred, except McLennan, P. J., who dissented on the ground that the resolution was not a sufficient memorandum to take the case out of the Statute of Frauds.

John Green, Appellant, v. Charles Specht and Frank Specht, Respondents.— Order affirmed, with costs to respondents to abide event. Held, that there was evidence for the jury as to payment and title and nonsuit could not have been granted for those reasons; but there were exceptions to the admission of evidence and to the charge which required the granting of a new trial. All concurred; Robson, J., not sitting.

Rosanna Connors, as Administrator, etc., of Michael Connors, Deceased, Appellant, v. Erie Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred; Robson, J., not sitting.